# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SA CR 17-136 JLS | Date | August 17, 2018 |
|---|---|---|---|
| Title | United States v. Moore | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release. Defendant failed to carry his burden of demonstrating by clear and convincing evidence that he is not likely to flee and does not pose a danger to the safety of the community. 18 U.S.C. § 3143(a). Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.